OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-13-00126-CR
PD-1354-14

1/23/2015
**STAPLES, CHESTER ALAN**    **Tr. Ct. No. 30979**

The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 2 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK